| Docket No.: 2021-0311 | Microfilm No.: |
|---|---|

# State of New Jersey
# Bergen County Surrogate's Court

In the matter of the Estate of:

**Chase Joseph Meola, Deceased**

AKA: Chase Meola

} CERTIFIED COPY OF LETTERS OF ADMINISTRATION

I, **Michael R. Dressler**, Surrogate of Bergen County, do **certify** that Letters of Administration of the decedent, intestate, late of the County of Bergen and State of New Jersey, on February 12, 2021, was/were issued to **Paul Meola**, who is (are) duly authorized to administer same agreeably to law;

And I further **certify** that said Letters of Administration, as appears from the records of this court, have never been revoked and still remain in full force and effect.

DO NOT ACCEPT WITHOUT RAISED SEAL



WITNESS my hand and seal of office on:

February 17, 2021

_____
Michael R. Dressler, Surrogate

EXHIBIT A

| E51197 | Page 1 of 1 |
|---|---|