**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **PAUL MEOLA,** individually and as Administrator of the Estate of Chase Joseph Meola, deceased, Bergen County, New Jersey Surrogate's Court Docket No. 2021-0311 33 Maple Road Mahwah, NJ 07430 | ) ) ) ) ) ) ) ) | CASE NO. 2:22-cv-03658-ALM-CMV  Judge Algenon L. Marbley (Magistrate Judge Chelsey M. Vascura) |
| **Plaintiffs** | ) ) | **RESPONSE TO OCTOBER 12, 2022 ORDER AND NOTICE OF** |
| -vs- | ) ) | **IDENTIFICATION OF CITIZENSHIP OF EACH PARTY** |
| **PHI KAPPA PSI FRATERNITY, INC.,** et al. | ) ) ) | **TO THE CASE** |
| **Defendants** | ) | |

Now come the Plaintiffs, by and through their attorneys, and for their response to the Order of this Court [Doc. 3] that Plaintiffs identify the citizenship of each party to the case at the time the above-captioned case was commenced, and states as follows:

1) Plaintiff Paul Meola (individually and as administrator of the Estate of Chase Meola) was a citizen of the State of New Jersey at the time the above-captioned case was commenced. Further, Plaintiff Paul Meola was a citizen of the State of New Jersey at all times relevant to the Complaint filed in this case and is presently a citizen of New Jersey.

2) Plaintiff Margaret Meola was a citizen of the State of New Jersey at the time the above-captioned case was commenced. Further, Plaintiff Margaret Meola was a citizen of the State of New Jersey at all times relevant to the Complaint filed in this case and is presently a citizen of New Jersey.

3) Defendant Phi Kappa Psi Fraternity, Inc. was a citizen of the State of Indiana at the time the above-captioned case was commenced as this entity is incorporated in Indiana and has its principal place of business in Indiana. Further, and for the same reasons, Defendant Phi Kappa Psi Fraternity, Inc. was a citizen of the State of Indiana

1

at all times relevant to the Complaint filed in this case and is presently a citizen of Indiana.

4) Defendant Ohio Delta of the Phi Kappa Psi Fraternity. was a citizen of the State of Ohio at the time the above-captioned case was commenced as this entity is incorporated in Ohio and has its principal place of business in Ohio.  Further, and for the same reasons, Defendant Ohio Delta of the Phi Kappa Psi Fraternity was a citizen of the State of Ohio at all times relevant to the Complaint filed in this case and is presently a citizen of Ohio.

5) Defendant the Ohio Delta Company was a citizen of the State of Ohio at the time the above-captioned case was commenced as this entity is incorporated in Ohio and has its principal place of business in Ohio.  Further, and for the same reasons, Defendant the Ohio Delta Company was a citizen of the State of Ohio at all times relevant to the Complaint filed in this case and is presently a citizen of Ohio.

6) The addresses of Defendant John Does 1 – 10 are unknown at all times.

/s/ Richard W. Schulte
**RICHARD W. SCHULTE (0066031)**
**STEPHEN D. BEHNKE (0072805)**
Wright & Schulte, LLC
865 South Dixie Drive
Vandalia, Ohio  45377
Telephone:   (937) 435-7500
Facsimile:   (937) 435-7511
rschulte@yourlegalhelp.com
sbehnke@legaldayton.com
Attorneys for Plaintiffs

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was sent by ordinary U.S. mail to the Defendants on the date of filing as follows:

**PHI KAPPA PSI FRATERNITY, INC.**
5395 Emerson Way
Indianapolis, Indiana 46226-1415

and

**OHIO DELTA OF THE PHI KAPPA PSI FRATERNITY**
124 East 14th Avenue
Columbus, Ohio 43210

and

**THE OHIO DELTA COMPANY**
c/o AFCB Incorporated
40 South High Street, Suite 2600
Columbus, Ohio 43215

/s/ Stephen D. Behnke
Stephen D. Behnke, Esquire