# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DISTRICT

| | |
|---|---|
| **PAUL MEOLA, individually and as Administrator of the Estate of Chase Joseph Meola, et al.** | **CASE NO. 2:22-cv-3658** |
| **Plaintiffs.** | **JUDGE** |
| Vs. | **DEFENDANT, THE OHIO DELTA COMPANY, MOTION FOR EXENSION OF TIME TO ANSWER OR OTHERWISE PLEAD** |
| **PHI KAPPA PSI FRATERNITY, INC., et al.** | |
| **Defendants.** | |

Comes now the Defendant, The Ohio Delta Company, by and through counsel and pursuant to Local Rule 6.1(a) requests the Court grant it an additional forty-two (42) days to answer or otherwise plead. The Complaint was filed on or about October 10, 2022. Pursuant to the Affidavit of Service, filed on January 29, 2023, the Complaint was served upon the Ohio Delta Company on January 9, 2023. Defendant has recently retained the undersigned counsel in this matter. In an effort to facilitate additional settlement time and/or gather appropriate information necessary to the Defendant's defense, the Ohio Delta Company is seeking forty-two (42) additional days to answer or otherwise plead, extending the Ohio Delta Company's deadline to answer or otherwise plead until and including March 13, 2023, coinciding with Defendant, Phi Kappa Psi Fraternity, Inc.'s deadline to answer or otherwise plead. The Parties have discussed this matter and Plaintiffs do not oppose this Motion. The Ohio Delta Company requests this Court to enter an order allowing it until and including March 13, 2023 to answer or otherwise plead in this matter.

    Respectfully submitted,

    _/s/ Emily Cooney Couch_____
    Micah E. Kamrass    (0092756)

        Emily Cooney Couch    (0096815)
        MANLEY BURKE, LPA
        225 W Court Street
        Cincinnati, Ohio 45202
        Phone: (513) 721-5525
        Facsimile: (513) 721-4268
        mkamrass@manleyburke.com
        Emily.couch@manleyburke.com
        *Attorneys for Defendant, Phi Kappa Psi*
        *Fraternity, Inc. and the Ohio Delta Company*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served upon the following on this 30th day of January, 2023, via the Court's electronic system, electronic mail, and/or standard U.S. mail:

| | |
|---|---|
| Richard W. Shulte<br>WRIGHT & SCHULTE, LLC<br>865 South Dixie Drive<br>Vandalia, Ohio 45377<br>rschulte@yourlegalhelp.com<br><br>Stephan D. Behnke<br>Behnke, Martin & Shulte, LLC<br>131 North Ludlow Street<br>Suite 840<br>Dayton, Ohio 45402<br>sbehnke@legaldayton.com<br>*Attorneys for Plaintiffs* | Ohio Delta of the Phi Kappa Psi Fraternity<br>124 East 14th Avenue<br>Columbus, Ohio 43210<br>*Defendant* |

        /s/ Emily Cooney Couch
        Micah E. Kamrass    (0092756)
        Emily Cooney Couch    (0096815)
        *Attorneys for Defendant, Phi Kappa Psi*
        *Fraternity, Inc. and the Ohio Delta Company*