UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**PAUL MEOLA,** *Individually and as Administrator of the Estate of Chase Joseph Meola, deceased,*

    **Plaintiff,**

 v.

**PHI KAPPA PSI FRATERNITY, INC.,** *et al.*,

    **Defendants.**

Civil Action 2:22-cv-3658
Chief Judge Algenon L. Marbley
Magistrate Judge Chelsey M. Vascura

## SHOW CAUSE ORDER

Plaintiffs' Complaint (ECF No. 1) asserts claims against, among others, Defendants identified as "John Does # 1-10." To date, the docket does not reflect that Plaintiffs have moved to amend the Complaint to substitute the real names of the pseudonymous Defendants; nor does it reflect that Plaintiffs have effected service upon them as required by Federal Rule of Civil Procedure 4(m). Accordingly, on March 20, 2023, this Court issued an order directing Plaintiff to show cause why the Court should not dismiss the action without prejudice and why the Court should allow an extension of time to effect service. (ECF No. 22.)

On April 3, 2023, Plaintiffs filed their Response to Show Cause Order (ECF No. 25), requesting an extension of time to identify and serve the pseudonymous Defendants. Accordingly, this Court granted the extension, extending Plaintiffs' deadline June 11, 2023. (ECF No. 27.) On June 12, 2023, the Court granted Plaintiffs' Second Motion for Extension of Time (ECF No. 31), extending the deadline to August 10, 2023. (ECF No. 32.) However, to date

Plaintiffs have not sought leave to amend the Complaint to substitute the real names of John Does # 1-10, or effected service on John Does # 1-10. Because Plaintiffs have failed to timely effect service over the pseudonymous Defendants, they are **ORDERED** to **SHOW CAUSE WITHIN FOURTEEN (14) DAYS** of the date of this order why the Court should not dismiss Plaintiff's claims against the pseudonymous Defendants without prejudice for failure to effect service and why the Court should allow an extension of time to move for leave to amend the Complaint and effect service. Plaintiffs must support any good cause showing with sworn affidavits or unsworn declarations in compliance with 28 U.S.C. § 1746.

    **IT IS SO ORDERED.**

    /s/ *Chelsey M. Vascura*
    CHELSEY M. VASCURA
    UNITED STATES MAGISTRATE JUDGE