.

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **PAUL MEOLA,** individually, etc., et al. | ) | **CASE NO. 2:22-cv-3658-ALM-CMV** |
| | ) | |
| Plaintiffs | ) | Judge Marbley |
| | ) | Mag. Judge Vascura |
| **-vs-** | ) | |
| | ) | |
| **PHI KAPPA PSI FRATERNITY, INC.,** | ) | |
| et al. | ) | |
| | ) | |
| Defendants | ) | |

## MOTION FOR DISMISSAL OF DEFENDANTS JOHN DOE DEFENDANTS 1 – 10, *ONLY*, WITHOUT PREJUDICE

Now come Plaintiffs, Paul Meola, individually and as administrator of the Estate of Chase Meola and Margaret Meola ("Plaintiffs") by and through counsel, and pursuant to Rule 21 of the Federal Rules of Civil Procedure moves this Court to dismiss John Doe Defendants 1 – 10, *only*, without prejudice.  The reasons in support of this Motion are more fully set forth in the accompanying Memorandum of Law.

1

**MEMORANDUM**

John Doe Defendants 1 – 10 have neither answered nor plead in response to Plaintiffs' Complaint, and their dismissal would not affect the current state of proceedings against the remaining Defendants, as Defendants Phi Kappa Psi Fraternity, Inc. and The Ohio Delta Company have a pending Motion to Dismiss which has been fully briefed, and default judgment has already been granted against Ohio Delta of the Phi Kappa Psi Fraternity.  As noted in *Stapleton v. Vicente*, No. 15-504, 2019 WL 2494564 (E.D. KY, June 14, 2019), the Sixth Circuit Court of Appeals has held that Federal Rule of Civil Procedure 41 may not be utilized to dismiss a single Defendant when there are remaining Defendants and the dismissal would not dispose of the entire action, though Federal Rule of Civil Procedure 21 is the appropriate vehicle to do so. If the Court disagrees, then Plaintiffs request dismissal of John Doe Defendants 1 – 10 pursuant to Federal Rule of Civil Procedure 41.

**Conclusion**

For the foregoing reasons, Plaintiffs respectfully request that this Court dismiss John Doe Defendants 1 – 10 without prejudice.

Respectfully Submitted,

**/s/ Stephen D. Behnke**
Richard W. Schulte (0066031)
Stephen D. Behnke (0072805)
WRIGHT & SCHULTE, LLC
865 South Dixie Drive
Vandalia, Ohio 45377
rschulte@yourlegalhelp.com
sbehnke@legaldayton.com
(937)  435-7500
(937) 435-7511 (fax)

                                              Dennis Mulvihill (0066031)
                                              WRIGHT & SCHULTE, LLC
                                              31100 Pinetree Road, Suite 225
                                              Pepper Pike, Ohio  44124
                                              dmulvihill@yourlegalhelp.com
                                              216-591-0133

                                              Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

       The undersigned hereby certifies that a copy of the foregoing was served via electronic mail and/or ordinary mail on the following this 1st day of September, 2023:

Micah E. Kamrass
Emily Cooney Couch
MANLEY BURKE, LPA
225 W Court Street
Cincinnati, Ohio 45202

Attorneys for Defendant Phi Kappa Psi Fraternity, Inc. and The Ohio Delta Company

**OHIO DELTA OF THE PHI KAPPA PSI FRATERNITY**
c/o ACFB Incorporated
200 Public Square, Suite 2300
Cleveland, Ohio  44114

                                              */s/ Stephen D. Behnke*
                                              Stephen D. Behnke (0072805)