**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **PAUL MEOLA,** individually, etc., et al. | ) | **CASE NO. 2:22-cv-3658-ALM-CMV** |
| | ) | |
| Plaintiffs | ) | Judge Marbley |
| | ) | Mag. Judge Vascura |
| **-vs-** | ) | |
| | ) | |
| **PHI KAPPA PSI FRATERNITY, INC.,** et al. | ) | |
| | ) | |
| Defendants | ) | |

### ENTRY GRANTING DISMISSAL OF JOHN DOE DEFENDANTS 1 – 10, ONLY, WITHOUT PREJUDICE

This matter comes before the Court upon the Motion of Plaintiffs, Paul Meola, individually and as administrator of the Estate of Chase Meola and Margaret Meola ("Plaintiffs") by and through counsel, and pursuant to Rule 21 of the Federal Rules of Civil Procedure for dismissal of John Doe Defendants 1 – 10 only, without prejudice. Upon careful scrutiny, and for good cause shown, the Court grants the relief sought.

1

2

Accordingly, it is hereby **ORDERED** that John Doe Defendants 1 – 10, only, are hereby dismissed without prejudice.

**SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE