**AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

JUDGMENT IN CIVIL CASE

| | |
|---|---|
| **PAUL MEOLA, Individually and as Administrator of the Estate of Chase Joseph Meola, deceased,** : : : : | |
| Plaintiffs,   : : | Case No. 2:22-cv-3658 |
| v.   : : | Chief Judge Algenon L. Marbley |
| **PHI KAPPA PSI FRATERNITY, INC.,** *et al*, : : : | Magistrate Judge Vascura |
| Defendants.   : | |

[ ] **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.**  This action was decided by the Court without a trial or hearing.

> IT IS ORDERED AND ADJUDGED that pursuant to the March 18, 2024 Opinion Order, the Court GRANTED Defendants' Motion to Dismiss for Failure to State a Claim.  This case is DISMISSED.

**Date:  March 18, 2024**           **Richard W. Nagel, Clerk**

               _s/Diane M. Stash_
               Diane M. Stash/Deputy Clerk